# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM N. BALLIET  
4513 LAURIE LANE  
CRYSTAL LAKE, IL  60014

SSN-xxx-xx-4870

Case Number: 07-72819

Case filed on: 11/19/2007  
Plan Confirmed on: 2/15/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,980.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF JOSEPH P. DOYLE | 3,500.00 | 3,500.00 | 296.93 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 296.93 | 0.00 |
| 999 | WILLIAM N. BALLIET | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CORPORATE AMERICA CREDIT UNION | 13,523.61 | 13,523.61 | 1,542.04 | 0.00 |
|  | Total Secured | 13,523.61 | 13,523.61 | 1,542.04 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | SAXON MORTGAGE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BENEFICIAL / HFC / HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | THE PAYDAY LOAN STORE OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TITLE LENDERS | 2,990.40 | 2,990.40 | 0.00 | 0.00 |
| 013 | TRINSIC RESIDENTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CADLES OF GRASSY MEADOWS II LLC | 60,448.25 | 60,448.25 | 0.00 | 0.00 |
|  | Total Unsecured | 63,438.65 | 63,438.65 | 0.00 | 0.00 |
|  | Grand Total: | 80,462.26 | 80,462.26 | 1,838.97 | 0.00 |

Total Paid Claimant:   $1,838.97  
Trustee Allowance:   $141.03  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan